

# THE ATTORNEY GENERAL

## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

~~XXXXX XXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable Norton Fox
Acting County Attorney
Limestone County
Groesbeck, Texas

Dear Sir:

Opinion Number O-5658
Re: Under the facts submitted, can
a County Commissioner of
Limestone County legally spend
any of the money derived from
the sale of certain road bonds,
in excess of the budget?

We are in receipt of your letter of October 22nd, in answer to our request for further information, for which we wish to thank you.

Your request for an opinion is stated as follows:

"I wish that you would please give me an opinion in regard to the following question:

"About twenty years ago the Consolidated Road District No. 4 in Limestone County, issued road bonds. Out of the proceeds of the sale of said bonds there was certain money left which supposedly has been used in the maintenance of such bonded roads in Limestone County, and its commissioner's precincts are operating under a budget properly adopted, and approved, but no separate budget has been made to govern the specific spending of the said fund, of said road district.

"Can the County Commissioner of the precinct in which said road district is situated spend any of said money in excess of the budget?"

Replying to the above, you are advised that no separate budget is required governing the expenditure of the proceeds of a road bond issue. The law provides that the same shall be expended for the purpose for which the bonds were authorized.

O-5658

Article 752p reads as follows:

"The purchase money for such county bonds shall be paid out by the county treasurer upon warrants drawn on the available road fund, issued by the county clerk, countersigned by the county judge, upon certified accounts approved by the Commissioners' Court of the county; and the purchase money for such bonds issued on the faith and credit of a political subdivision or road district shall be paid out by the county treasurer upon warrants drawn on the available road fund thereof, issued by the county clerk, countersigned by the county judge, and approved by the Commissioners' Court. Acts 1926, 39th Leg., 1st C.S., p. 23, ch. 16, sec. 18."

Article 752u reads as follows:

"The County Commissioner in whose Commissioners' precinct such political subdivision or road district is located, shall be ex officio road superintendent of said subdivision or district with power to contract in behalf of such subdivision or district in an amount not to exceed fifty dollars, which shall be approved by the Commissioners' Court. All contracts exceeding the sum of fifty dollars shall be awarded by the entire court. Acts 1926, 39th Leg., 1st C.S., p. 23, ch. 16, sec. 23."

Article 2352, Revised Statutes, 1925, is as follows:

"The several commissioners, together with the county judge, shall compose the Commissioners' Court." Constitution, Article 5, Sec. 18.

The Commissioners' Court is a unit and is an agency of the whole county, and its members are primarily representatives of the whole county, not merely representatives of their respective precincts. Stovall vs. Shivers, 103 S.W. 363.

You are advised that no separate budget is required for the proceeds of a bond issue of a road district, and the surplus funds may be expended in the maintenance of the roads in the road district (unless the bonds were issued to construct particular roads in the district, in which event the money can be expended only on such specified roads) provided such surplus funds are expended by order of and under direction of the Commissioners' Court, and not by one commissioner only, with the exception that the commissioner in whose precinct the road district is situated may contract in behalf of the district in an amount not to exceed

_0-5658_

fifty dollars, which shall be approved by the Commissioners' Court.

We trust that the foregoing satisfactorily answers your question.

Approved Oct 28, 1943                    Very truly yours

/s/ Grover Sellers                       ATTORNEY GENERAL OF TEXAS
First Assistant
Attorney General

                                         By  /s/ C. F. Gibson

                                             C. F. Gibson
                                             Assistant

CFG-s:cm


                                                    Approved
                                                    Opinion
                                                    Committee

                                                By /s/ BWB
                                                    Chairman